**Department of the Treasury
Internal Revenue Service
Whistleblower Office**

EXHIBIT 3

Contact Address:
Internal Revenue Service
Whistleblower Office - ICE
M/S 4110
1973 N Rulon White Blvd
Ogden, UT 84404

WILLIAM S SCOTT
1065 SW 8TH STREET SUITE 1977
MIAMI, FL 33130-3601

Re: Claim Number(s): 2025-001225

Dear William S Scott:

### Final Determination under Internal Revenue Code (IRC) Section 7623(a) – Denial

We have considered your application for an award dated 10/10/2024. Under IRC Section 7623, an award may be paid only if the information provided results in the collection of tax, penalties, interest, additions to tax, or additional amounts based on the information provided. In this case, the information you provided did not result in the collection of any proceeds. Therefore, you are not eligible for an award.

Although the information you submitted did not qualify for an award, thank you for your interest in the administration of the internal revenue laws.

If you have any further questions regarding this letter, please feel free to contact the Whistleblower Office at the contact telephone number listed above.

Sincerely,

/s/ Teresa Homola

Whistleblower Office