EXHIBIT 4

| Master Claim Number | 2025-001225 |
| --- | --- |
| | |

| Assigned Claim Number | Taxpayer Name Control |
| --- | --- |
| 2025-001226 | BUSH |
| 2025-001227 | BFI |
| 2025-001228 | BFII |
| 2025-001229 | BUSH |
| 2025-001230 | BUSH |
| 2025-001231 | REMI |
| 2025-001232 | FREE |
| 2025-001233 | FREE |
| 2025-001234 | FREE |
| 2025-001235 | BUSH |
| 2025-001236 | BUTL |
| 2025-001237 | OMEL |
| 2025-001238 | SOTO |
| 2025-001239 | VICT |
| 2025-001240 | HOCK |
| 2025-001241 | HOCK |
| 2025-001242 | ESTA |
| 2025-001243 | WHEE |
| 2025-001244 | ESTA |
| 2025-001245 | DAVI |
| 2025-001246 | RACH |
| 2025-001247 | BARD |
| 2025-001248 | ESTA |
| 2025-001249 | SHER |
| 2025-001250 | ESTA |
| 2025-001251 | HESL |
| 2025-001252 | LEWI |
| 2025-001253 | JESS |
| 2025-001254 | POZN |
| 2025-001255 | ESTA |
| 2025-001256 | ROUS |
| 2025-001257 | LAUR |
| 2025-001258 | HAMM |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |