EXHIBIT 5

## Confidential Evaluation Report on Claim

Claim number

███

This document and all related files are "**Sensitive but Unclassified**" (SBU) and must always be kept under the personal observation of an authorized IRS employee or locked in a container.

Keep all whistleblower information in a separate double-sealed envelope. Do not include any whistleblower information or reference to the existence of a whistleblower in the examination/investigation case file.

Note that a narrative is required for all "yes" answers. Enter the narrative in the fields provided, which expand to fit what is entered.

Refer to the Form 11369 instructions (found in the button at the top of the page) and IRC section 7623, Treas. Regs. 301.7623 and IRM 25.2.1.

| 1. Name of individual Whistleblower (WB) | 2. WB's Taxpayer Identification Number |
|---|---|
| ███ | ███ |

3. Name of taxpayer who committed alleged violation

███

4. Taxpayer's address (including zip code)

███

| 5. Taxpayer Identification Number(s) | 6. Tax years addressed in this report |
|---|---|
| ███ | ███ |

7. Tax years still under consideration relevant to this claim

N/A

8. Are other taxpayers included on this Form 11369 with the same disposition    [x] Yes    [ ] No

| Taxpayer Name | Claim Number (if applicable) | Taxpayer Identification Number | Year(s) Addressed |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

9. Are there other relevant taxpayers to this claim not being included in this Form 11369    [ ] Yes    [x] No

10. Describe the whistleblower's present/former relationship with the taxpayer and any relevant taxpayers listed above
The Whistleblower does not describe his relationship with the organization.

**If claim was surveyed or declined – skip to Section 13**

**If claim was transferred or reassigned – skip to Section 14**

11. Examined/Investigated Claims (check on one of the options below to get the required questions)

[ ] Examination (to be completed by SBSE, LB&I and TEGE examiners)
[ ] Criminal Investigation (to be completed by Criminal Investigation)
[ ] Collection (to be completed by personnel involved with collection actions)

| 12. Whistleblower's contributions (to be completed for all claims except surveyed or declined claims.) Check "No" if not applicable. Complete the narrative field that will appear directly beneath each question answered "Yes" | Yes | No |
|---|---|---|
| A. Did the whistleblower identify specific area(s) of non-compliance or potential issues | [ ] | [ ] |
| B. Did the information provided by the whistleblower lead to modifications in the audit or investigation plan, such as expanding the scope of the audit or investigation | [ ] | [ ] |

Form **11369** (Rev. 6-2019)    Catalog Number 24853B    publish.no.irs.gov    Department of the Treasury - Internal Revenue Service

1 of 3

| 12. Whistleblower's contributions *(continued)* *(to be completed for all claims except surveyed or declined claims.)* Check "No" if not applicable. Complete the narrative field that will appear directly beneath each question answered "Yes" | Yes | No |
|---|---|---|
| C. Did the whistleblower identify issue(s) not common to this type of taxpayer | ☐ | ☐ |
| D. Did the Service use the information provided by the whistleblower to develop specific Information Document Requests (IDR), leads, or other inquiries | ☐ | ☐ |
| E. Did the Service use the information provided by the whistleblower to validate the completeness and accuracy of the response(s) to IDRs or other inquiries | ☐ | ☐ |
| F. Did the whistleblower provide information that would not have been obtained through general audit or investigative techniques | ☐ | ☐ |
| G. Was the whistleblower debriefed? If "Yes," attach copy of all debriefing notes and recorded interviews | ☐ | ☐ |
| H. Did the whistleblower provide assistance during the audit or investigation | ☐ | ☐ |
| I. Did the whistleblower identify connections between transactions, or parties to transactions, that enabled the Service to better understand the tax implications | ☐ | ☐ |
| J. Did the whistleblower provide relevant technical or legal analysis that saved the IRS work and resources | ☐ | ☐ |
| K. Did the whistleblower identify sources that provided information that was relevant or helpful in identifying the taxpayer's liability or assets that would not have been identified through other sources of information or through general investigative techniques | ☐ | ☐ |
| L. Did the whistleblower identify assets that could be used to pay the taxpayer's liability that would not have been identified through other sources or general investigative techniques | ☐ | ☐ |
| M. Did the whistleblower assist in obtaining the cooperation of others who provided information relevant to the taxpayer's liability or assets that would not have been identified through other sources of information | ☐ | ☐ |
| N. Did the information provided have an impact on the behavior of the taxpayer *(such as a change in subsequent year return positions)*? Check "No" if unknown | ☐ | ☐ |
| O. Did the whistleblower testify in a criminal and/or civil proceeding against the taxpayer | ☐ | ☐ |
| P. Did the whistleblower help identify other parties involved in the same or similar transactions by providing specific identifying information or by identifying a source for that information *(such as a promoter or a transaction participant who had knowledge of others)* | ☐ | ☐ |
| Q. Do you have any additional feedback on how the whistleblower information was used during the investigation that wasn't covered in the questions above | ☐ | ☐ |
| R. Did the whistleblower participate in or contribute to the actions, transactions or events *(underlying acts)* that led to the underpayment of tax or violation of internal revenue laws | ☐ | ☐ |
| S. Did the whistleblower directly or indirectly profit from the underpayment of tax or tax noncompliance identified | ☐ | ☐ |
| T. Did some or all of the information provided by the whistleblower come from any of the following public sources: a judicial or administrative hearing; a government report, hearing, audit or investigation; or the news media | ☐ | ☐ |
| U. Did the whistleblower withhold documents or other available information that could have contributed to the examination, investigation, or other action | ☐ | ☐ |
| V. Did the whistleblower delay informing the IRS after learning the relevant facts? *(If "Yes," identify whether the delay adversely affected the IRS's ability to pursue and action or issue)* | ☐ | ☐ |
| W. Did the whistleblower *(or the whistleblower's legal representative, if any)* negatively affect the IRS's ability to pursue the action(s), for example by disclosing the existence or scope of an enforcement activity | ☐ | ☐ |
| X. Did the whistleblower provide false or misleading information or otherwise violate the penalty of perjury requirements of section 7623(b)(6)(C) or §301.7623-1(c)(3) | ☐ | ☐ |
| Y. Did the whistleblower *(or the whistleblower's legal representative, if any)* violate instructions provided by the IRS? *(If "Yes," identify whether the violation caused the IRS to expend additional resources)* | ☐ | ☐ |
| Z. Did the whistleblower *(or the whistleblower's legal representative, if any)* violate the terms of a contract entered into with the IRS pursuant to §301.6103(n)-2 | ☐ | ☐ |
| Skip to Signatures | | |

To be completed for all claims not examined/investigated.

Form **11369** (Rev. 6-2019)   Catalog Number 24853B   publish.no.irs.gov   Department of the Treasury - Internal Revenue Service

2 of 3

Page 3 of 3

**13. Was this claim surveyed or declined**  ☒ Yes  ☐ No

A. Select the box the best describes your position

☐ SME/PSP          ☐ Group/Team Manager          ☒ Revenue Agent/Officer or Special Agent

B. Select the reason that most describes the reason the whistleblower claim was surveyed or declined

☐ The allegations did not contain a specific or credible tax issue

☐ The allegations were purely speculative in nature

☐ The statute was expired

☐ The statute was too short to begin an examination

☐ The adjustment potential was de minimus

☒ Other *(explain below)*
No actionable issues.

C. State the basis for the reason above *(see instructions)*
The Whistleblower alleges the organization was organized on fraudulent grounds as ▮▮▮▮▮▮▮▮▮▮ ▮▮ was fake.
Evidence presented consists of a written narrative. In this narrative it was stated that FEMA was planning a "▮▮▮▮▮ drill" around the date
of the event. A search of the Internet did not reveal any credible link to such a document.
Claim denied: No actionable issues.

D. Are additional years/entities related to the whistleblower information currently open that are not included in    ☐ Yes    ☒ No
this Form 11369? If "Yes," include an explanation of the tax years, status, and why those years/entities are
being closed separately

**14. Was the claim transferred or reassigned**    ☐ Yes    ☒ No

**15. Signatures** *(electronic signatures are acceptable)*

| Name *(print)* | Office symbols | Form preparer's signature *(required)* | Date |
|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮▮on | ▮▮▮▮ Digitally signed by Steven D. Duvall Date 2021.08.17 09:12:17-05'00 | ▮▮▮▮ |
| Name *(print)* | Office symbols | Approving official's signature *(required)* | Date |
| ▮▮▮▮▮n | ▮▮▮▮▮n | ▮▮▮▮ Digitally signed by Marvin Duran Date 2021.08.18 12:43:21-05'00 | ▮▮▮▮ |

Form **11369** (Rev. 6-2019)    Catalog Number 24853B    publish.no.irs.gov    Department of the Treasury - Internal Revenue Service

3 of 3