for the

WESTERN DISTRICT OF WISCONSIN

FILED/REC'D

2024 DEC 31 P 1: 37

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

| | |
|---|---|
| JAMES H. FETZER, Ph.D., et al | ) |
| | ) |
| Plaintiffs | ) Case No. 24 CV 936 WMC |
| vs | ) |
| | ) |
| INTERNAL REVENUE SERVICE, et al. | ) IRS-WBO No. |
| | ) |
| Defendants | ) |

_____/

## CERTIFICATE OF SERVICE

On the 31 day of December 2024, the undersigned hereby certifies

that he served a copy of the foregoing Appeal of the denial of Whistleblower Claim

2025-001225 and Summons upon the Internal Revenue Service, Whistleblower

Office – ICE, M/S 4110, 1973 N. Rulon White Road, Ogden, UT 84404; and to

Timothy M. O'Shea, Esquire, the United States Attorney for the Western District of

Wisconsin, 222 West Washington Ave, Suite 700, Madison, WI 53703; and to

Merrick Garland, Esquire, the Attorney General of the United States, 950

Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 by Certified Mail,

electronic return receipt requested, postage paid.

Dr. James H. Fetzer, Pro Se
800 Violet Lane,
Oregon, WI 53575

(608) 835-2707
jfetzer@d.umn.edu