AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

| | |
|---|---|
| JAMES H. FETZER, et al | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNAL REVENUE SERVICE, et al | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 2 4   C V   9 3 6   WMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Janet Louise Yellen, U. S. Treasury Secretary, 1500 Pennsylvania Avenue, NW, Washington, D.C. 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Fetzer, Ph.D., 800 Violet Lane, Oregon, WI, 53575 – jfetzer@d.umn.edu
William S. Scott 1065 SW 8th Street, Suite 1977 Miami, FL 33130  - 04wmscott@comcast.net

Both Fetzer and Scott have consented to receive pleadings by email in this case.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

'I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

'I left the summons at the individual's residence or usual place _____
of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

'I served the summons on *(name of individual)* , who is _____

_____ on *(date)* _____ ; or

⌒ I returned the summons unexecuted because _____ ; or

⌒ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.
Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

| | |
|---|---|
| JAMES H. FETZER, et al | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | )    Civil Action No. 24  CV  936  WMC |
| | ) |
| INTERNAL REVENUE SERVICE, et al | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Daniel I. Werfel, Commissioner, U. S. Internal Revenue Service,  1111 Constitution Ave. NW, Washington, D.C. 20524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Fetzer, Ph.D., 800 Violet Lane, Oregon, WI, 53575 – jfetzer@d.umn.edu
William S. Scott 1065 SW 8th Street, Suite 1977 Miami, FL 33130  - 04wmscott@comcast.net

Both Fetzer and Scott have consented to receive pleadings by email in this case.

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____             _____
                                               *Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ' I left the summons at the individual's residence or usual place
of abode with *(name)*                     _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ' I served the summons on *(name of individual)*    , who is _____

                                                   _____

_____ on *(date)* _____ ; or

     ⌐ I returned the summons unexecuted because _____ ; or

     ⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

                                        _____
                                                  *Server's signature*

                                        _____
                                                 *Printed name and title*

                                        _____
                                                 *Server's address*

Additional information regarding attempted service, etc:

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

| | |
|---|---|
| JAMES H. FETZER, et al | ) |
| | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 2 4  C V  9 3 6  WMC |
| | ) |
| INTERNAL REVENUE SERVICE, et al | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

INTERNAL REVENUE SERVICE, LEE D. MARTIN, Director, Whistleblower Office – ICE, M/S 4110, 1973 N. Rubin White Road, Ogden, UT 84404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Fetzer, Ph.D., 800 Violet Lane, Oregon, WI, 53575 – jfetzer@d.umn.edu
William S. Scott 1065 SW 8th Street, Suite 1977 Miami, FL 33130  - 04wmscott@comcast.net

Both Fetzer and Scott have consented to receive pleadings by email in this case.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

_____                    _____
                                                              *Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

       'I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

       'I left the summons at the individual's residence or usual place
of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

       'I served the summons on *(name of individual)* , who is _____

_____ on *(date)* _____ ; or

       ⌐ I returned the summons unexecuted because _____ ; or

       ⌐ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.
Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Wisconsin

| | |
|---|---|
| JAMES H. FETZER, et al | ) |
| | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. 2 4  CV  9 3 6  WMC |
| | ) |
| INTERNAL REVENUE SERVICE, et al | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Merrick Garland, Esquire, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Fetzer, Ph.D., 800 Violet Lane, Oregon, WI, 53575 – jfetzer@d.umn.edu
William S. Scott 1065 SW 8th Street, Suite 1977 Miami, FL 33130 - 04wmscott@comcast.net

Both Fetzer and Scott have consented to receive pleadings by email in this case.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ' I left the summons at the individual's residence or usual place
of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ' I served the summons on *(name of individual)* , who is _____

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ⌐ Other *(specify):*
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

| | |
|---|---|
| JAMES H. FETZER, et al | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| INTERNAL REVENUE SERVICE, et al | ) **24 CV 936 WMC** |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Timothy M. O'Shea, Esquire, United States Attorney for the Western District of Wisconsin, 222 West Washington Ave., Suite 700, Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Fetzer, Ph.D., 800 Violet Lane, Oregon, WI, 53575 – jfetzer@d.umn.edu
William S. Scott 1065 SW 8th Street, Suite 1977 Miami, FL 33130 - 04wmscott@comcast.net

Both Fetzer and Scott have consented to receive pleadings by email in this case.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____          _____
                                  *Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*  _____ .

    ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ' I left the summons at the individual's residence or usual place
of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ' I served the summons on *(name of individual)* ___ , who is _____

_____ on *(date)* _____ ; or

    ⌐ I returned the summons unexecuted because _____ ; or

    ⌐ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)* _____

    My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.
  Date: _____

 

                            _____
                                           *Server's signature*

                            _____
                                       *Printed name and title*

                            _____
                                         *Server's address*

Additional information regarding attempted service, etc:

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
### Western District of Wisconsin

| | | |
|---|---|---|
| JAMES H. FETZER, et al | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| INTERNAL REVENUE SERVICE, et al | ) | **24  CV  936  WMC** |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Daniel I. Werfel, Commissioner, U. S. Internal Revenue Service,  1111 Constitution Ave. NW, Washington, D.C. 20524

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James H. Fetzer, Ph.D., 800 Violet Lane, Oregon, WI, 53575 – jfetzer@d.umn.edu
William S. Scott 1065 SW 8th Street, Suite 1977 Miami, FL 33130  - 04wmscott@comcast.net

Both Fetzer and Scott have consented to receive pleadings by email in this case.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____          _____
                                                                  *Signature of Clerk or Deputy Clerk*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ' I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ' I left the summons at the individual's residence or usual place
of abode with *(name)*                                                                         _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ' I served the summons on *(name of individual)*      , who is _____

_____ on *(date)* _____ ; or

 ⌐ I returned the summons unexecuted because _____ ; or

 ⌐ Other *(specify)*:
designated by law to accept service of process on behalf of *(name of organization)*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.
Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2