

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

EXHIBIT 6

WHISTLEBLOWER OFFICE

 2021



Re: Claim Number(s):

Dear

We have considered your application for an award dated 03/29/2021. Under Internal Revenue Code section 7623, an award may be paid only if the information provided results in the collection of tax, penalties, interest, additions to tax, or additional amounts based on the information provided. In this case, the information you provided did not result in the collection of any proceeds. Therefore, you are not eligible for an award.

Although the information you submitted did not qualify for an award, thank you for your interest in the administration of the internal revenue laws.

This letter is a final determination for purposes of filing a petition with the United States Tax Court. If you disagree with this determination, you have 30 days from the date of this letter to file a petition with the Tax Court. Information about filing a petition can be found on the Tax Court's website.

If you have any further questions regarding this letter, please feel free to contact the Whistleblower Office at 801-620-2169.

Sincerely,

/s/ Tresa Williams for

Whistleblower Office

CC: