## U.S. District Court

## Western District of Wisconsin

### Notice of Electronic Filing

The following transaction was entered on 12/31/2024 at 4:09 PM CST and filed on 12/31/2024

**Case Name:** Fetzer, James et al v. Internal Revenue Service et al

**Case Number:** 3:24-cv-00936-wmc

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Clerk's Office Notice to Plaintiffs: The docket #[1] Complaint references an Exhibit 6; however, there was no Exhibit 6 provided with this submission. If you would like to include Exhibit 6 in this case, please submit it to the Clerk's Office at 120 N. Henry Street, Room 320, Madison, WI 5370**

FILED/REC'D

2025 JAN -6  A 9 44

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI