# CERTIFICATE OF SERVICE

On the 6th day of June, 2026, the undersigned hereby certifies that he served a copy of the foregoing Motion to Accept Jurisdiction upon the Internal Revenue Service, Whistleblower Office – ICE, M/S 4110, 1973 N. Rulon White Road, Ogden, UT 84404 by Priority Mail, postage paid.

William S. Scott, Pro Se
1065 SW 8th Street,
Suite 1977
Miami, FL 33130

(908) 219-2323
04wmscott@comcast.net