PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

---

## UNITED STATES POSTAL SERVICE®   Click-N-Ship®

**P**

usps.com
$11.12
US POSTAGE

9405 5301 0935 5390 0037 32 0111 2001 0005 3703

**U.S. POSTAGE PAID**
Click-N-Ship®



06/08/2026
1 lb 0 oz

Mailed from 33130   23198564304 1295

### PRIORITY MAIL®

SELF - INDIVIDUAL REQUEST
WILLIAM SCOTT
1085 SW 8TH ST PMB 1977
MIAMI FL 33130-3601

Created 2026-06-08
Flat Rate Envelope
RDC 03

C030



JOEL W TURNER
120 N HENRY ST STE 320
MADISON WI 53703-2559

**USPS TRACKING #**



9405 5301 0935 5390 0037 32

24-cv-00936

